**Original filed 8/16/06**

1

2

3

4

5

6

7

8          NOT FOR CITATION

9     IN THE UNITED STATES DISTRICT COURT

10    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 HERBERT RUSSELL, JR.,                    )     No. C 06-0106 JF (PR)
                                           )
13              Petitioner,                 )     ORDER DENYING MOTION
                                           )     TO PROCEED IN FORMA
14    vs.                                   )     PAUPERIS WITHOUT
                                           )     PREJUDICE; GRANTING
15                                          )     EXTENSION OF TIME TO
   SUPERIOR COURT, SAN JOSE,                )     FILE IN FORMA PAUPERIS
16                                          )     APPLICATION OR PAY
                Respondent.                 )     FILING FEE
17                                          )
   _____        )     (Docket No. 3)
18

19         On January 10, 2006, Petitioner filed the instant pro se habeas corpus petition

20 pursuant to 28 U.S.C. § 2254.  On that same day the Court sent a notification to Petitioner

21 that he had neither paid the filing fee nor submitted a completed application for leave to

22 proceed in forma pauperis.  The Court provided a copy of the correct form for application

23 to proceed in forma pauperis, along with a return envelope, instructions, and a notification

24 that the case would be dismissed if Petitioner failed to pay the fee or file the completed

25 application within thirty days.

26         On January 31, 2006, Petitioner submitted an application to proceed in forma

27 pauperis.  However, the application is incomplete because Petitioner failed to include a

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.06\Russellexttifp

1  certificate of funds signed by an authorized prison official and a copy of his trust account

2  statement for the past six months.

3    Petitioner's incomplete application to proceed in forma pauperis (docket no. 3) is

4  DENIED without prejudice.   The Court will extend the time for Petitioner to submit the

5  certificate of funds and copy of his trust account statement or pay the $5.00 filing fee.

6  The completed application and accompanying documentation must be filed with the Court

7  within **thirty days** from the date of this order.

8    In the alternative, Petitioner may pay the $5.00 filing fee.  Petitioner shall include

9  with his payment a clear indication that it is for this case number, C 06-0106 JF (PR).

10  Failure to submit the completed in forma pauperis application or pay the filing fee within

11  the Court's deadline will result in the Court dismissing the case without prejudice for

12  failure to file a completed in forma pauperis application or pay the filing fee.

13    IT IS SO ORDERED.

14  DATED: _____      8/16/06

15          JEREMY FOGEL
        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.06\Russellexttifp

1 A copy of this ruling was mailed to the following:

2

3 Herbert Russell, Jr.
T-72288
4 Pelican Bay State Prison
P.O. Box 7500
5 Crescent City, CA  95531-7500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Motion to Proceed in Forma Pauperis Without Prejudice; Granting Extension of Time to File in
Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.06\Russellexttifp