**E-filed 1/16/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE WOODFORD, et al.,<br><br>Defendants. | C 06-00103 JF (PR)<br><br>[PROPOSED] ORDER EXTENDING DEFENDANTS' DISPOSITIVE-MOTION DEADLINE |

Defendants R. Kirkland, D. Winslow, J. Hartman, L. Bree, and J. Woodford moved this Court for an extension of time to file a summary-judgment or other dispositive motion, up to and including March 24, 2008. After full consideration, and good cause appearing, IT IS HEREBY ORDERED that the motion is granted. Plaintiff shall file his opposition no later than thirty days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fifteen days after Plaintiff's opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

Dated: 1/16/08

JEREMY FOGEL
United States District Judge