1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MICHAEL W. JORGENSON
Supervising Deputy Attorney General
5 | JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |  Telephone: (415) 703-5577
Fax: (415) 703-5843
8 |  Email: Jennifer.Nygaard@doj.ca.gov

9 | Attorneys for Defendants Kirkland, Winslow, Bree,
Hartman, Korsmeyer, and Woodford

10

11

12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FREDERICK WAYNE SMITH,** | C 06-00103 JF (PR) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |
| **v.** | |
| **JEANNE WOODFORD, et al.,** | |
| Defendants. | |

Subject to the Court's approval, Plaintiff Frederick W. Smith and Defendants Kirkland, Winslow, Bree, Hartman, Korsmeyer, and Woodford (Defendants) stipulate to the following briefing schedule:

1.     On or before May 27, 2008, Plaintiff shall file a supplemental opposition, or withdraw his opposition dated April 5, 2008, and file an additional opposition to Defendants' motions to dismiss that were filed on March 24, 2008.

///

///

1    2.    Defendants shall file a reply brief no later than June 16, 2008.

2

3    SO STIPULATED:

4

5    DATED:  April 17 , 2008

6

7

8    FREDERICK W. SMITH
    Plaintiff

9

10    DATED:  April 17 , 2008

11

12

13    JENNIFER J. NYGAARD
    Deputy Attorney General
14    Attorney for Defendants Kirkland, Winslow, Bree, Hartman, Korsmeyer, and
    Woodford

15    IT IS SO ORDERED:

16

17    DATED:  4/21 , 2008

18

19

20    JEREMY FOGEL
    United States District Judge

21

22

23

24

25    40240413.wpd
    SF2007403429

26

27

28

Stip. and [Proposed] Order Setting Briefing Schedule

*F.W. Smith v. J. Woodford, et al.*
C 06-00103 JF (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **F. W. Smith v. J. Woodward, et al.**

No.:        **C 06-00103 JF (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the
California State Bar, at which member's direction this service is made. I am 18 years of age or
older and not a party to this matter. I am familiar with the business practice at the Office of the
Attorney General for collection and processing of correspondence for mailing with the United
States Postal Service. In accordance with that practice, correspondence placed in the internal
mail collection system at the Office of the Attorney General is deposited with the United States
Postal Service that same day in the ordinary course of business.

On <u>April 18, 2008</u>, I served the attached

### STIPULATION AND [PROPOSED] ORDER
### SETTING BRIEFING SCHEDULE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,
in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate
Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Frederick Wayne Smith
C-69967
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000
       *Pro Per*
       *C-69967*

I declare under penalty of perjury under the laws of the State of California the foregoing is true
and correct and that this declaration was executed on April 18, 2008, at San Francisco,
California.

|   |   |
|---|---|
| S. Redd | *[signature]* |
| Declarant | Signature |

40243338.wpd