1  EDMUND G. BROWN JR.
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  JENNIFER J. NYGAARD
   Deputy Attorney General
4  State Bar No. 229494
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5577
6   Fax: (415) 703-5843
    E-mail: Jennifer.Nygaard@doj.ca.gov
7  *Attorneys for Defendants Kirkland, Korsmeyer,
   Woodford, Hartman, Bree, and Winslow*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK WAYNE SMITH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　　　　　　　Defendants. | C 06-00103 JF (PR)<br><br>**STIPULATED PROTECTIVE ORDER TO STAY DISCOVERY** |

　　　Subject to the approval of this Court, the parties stipulate to the following protective order:

　　　1.　　All discovery is stayed until the Court either: (a) grants Defendants Kirkland, Winslow, Bree, Hartman, Korsmeyer, and Woodford's motion to screen Plaintiff's amended complaint, screens Plaintiff's amended complaint under 28 U.S.C. § 1915A, and enters an order after screening; or (b) denies Defendants' motion for screening.

///

///

///

///

1


2. The time for responding to discovery already served shall begin running with the service of an order opening discovery.

SO STIPULATED:

DATED: May 12, 2009

_____
FREDERICK W. SMITH
Plaintiff

DATED: May 15, 2009

_____
JENNIFER J. NYGAARD
Deputy Attorney General
Attorney for Defendants Kirkland, Winslow, Bree, Hartman, Korsmeyer, and Woodford

IT IS SO ORDERED:

DATED: 6/1/09

_____
JEREMY FOGEL
United States District Judge

SF2007403429
20199177.doc

2

Stip. Protect. Order Stay Disc. (C 06-00103 JF (PR))

# CERTIFICATE OF SERVICE

Case Name:   **F. W. Smith v. J. Woodward, et al.**      No.   **C 06-00103 JF (PR)**

I hereby certify that on <u>May 19, 2009</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

## STIPULATED PROTECTIVE ORDER TO STAY DISCOVERY

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>May 19, 2009</u>, I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Frederick Wayne Smith
C-69967
Kern Valley State Prison
P.O. Box 6000
Delano, CA  93216-6000
 *In Pro Se*
 *C-69967*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 19, 2009</u>, at San Francisco, California.

| S. Redd | /s/ Redd |
|---|---|
| Declarant | Signature |

20200970.doc