EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD
Deputy Attorney General
State Bar No. 229494
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5577
  Fax: (415) 703-5843
  E-mail: Jennifer.Nygaard@doj.ca.gov
*Attorneys for Defendants Korsmeyer, Hartman, and Bree*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FREDERICK WAYNE SMITH,**<br><br>                           Plaintiff,<br><br>    v.<br><br>**JEANNE WOODFORD,** et al.,<br><br>                           Defendants. | C 06-00103 JF (PR)<br><br>**STIPULATED PROTECTIVE ORDER TO STAY DISCOVERY** |

    Subject to the approval of this Court, the parties stipulate to the following protective order:

    1.    All discovery is stayed until the Court rules on Defendants Bree, Hartman, and Korsmeyer's motion to sever Plaintiff's amended complaint.

///

///

///

///

///

1

2. The time for responding to discovery already served (if any) shall begin running with the service of an order opening discovery.

SO STIPULATED:

DATED: February 16, 2010

_____
FREDERICK W. SMITH
Plaintiff

DATED: February 23, 2010

_____
JENNIFER J. NYGAARD
Deputy Attorney General
Attorney for Defendants Bree, Hartman, and Korsmeyer

IT IS SO ORDERED:

DATED: 4/23/10

_____
JEREMY FOGEL
United States District Judge

SF2007403429
20199177.doc

2

Stip. Protect. Order Stay Disc. (C 06-00103 JF (PR))

# CERTIFICATE OF SERVICE

Case Name:   <u>F. W. Smith v. J. Woodward, et al.</u>   No.   <u>C 06-00103 JF (PR)</u>

I hereby certify that on <u>February 24, 2010</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

## STIPULATED PROTECTIVE ORDER TO STAY DISCOVERY

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 24, 2010</u>, I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participant:

Frederick Wayne Smith
**C-69967**
Kern Valley State Prison
P.O. Box 5104
Delano, CA  93216
   *In Pro Se*
   *C-69967*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 24, 2010</u>, at San Francisco, California.

|  |  |
|---|---|
| <u>     S. Redd     </u> | <u>     /s/  S. Redd     </u> |
| Declarant | Signature |

40436891.doc